# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BENNIE PHILLIPS**                                             **PLAINTIFF**

v.                       No. 2:17-cv-167-DPM

**PHILLIPS COUNTY, ARKANSAS;**
**NEAL BYRD, in His Individual and**
**Official Capacities as Sheriff; and**
**DARREL WINSTON, in His**
**Individual and Official Capacities**
**as Chief Deputy**                                             **DEFENDANTS**

## ORDER

1. The parties have informally advised the Court that they've settled. Congratulations. The Final Scheduling Order, № 9, is suspended, and the February 19th pretrial and March 11th trial are cancelled. The motions in *limine*, № 40, № 41 & № 43, are denied without prejudice as moot.

2. The Court must approve the proposed settlement of the FLSA claims. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). Please file the proposed agreement and all supporting papers by 6 March 2019. Plaintiff's counsel may file his bill under seal or file a redacted version on the public docket.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2019