IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BENNIE PHILLIPS                                                         PLAINTIFF

v.                              No. 2:17-cv-167-DPM

PHILLIPS COUNTY, ARKANSAS;
NEAL BYRD, in His Individual and
Official Capacities as Sheriff; and
DARREL WINSTON, in His
Individual and Official Capacities
as Chief Deputy                                                         DEFENDANTS

## ORDER

The Court approves the parties' proposed settlement agreement. № 50. The agreement's terms are reasonable and fair. *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods,* 902 F.3d 775, 779 (8th Cir. 2018). The lawyers' fees are reasonable too, in the circumstances. Phillips's complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 April 2019