IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BENNIE PHILLIPS**                                                        **PLAINTIFF**

v.                  No. 2:17-cv-167-DPM

**PHILLIPS COUNTY, ARKANSAS;
NEAL BYRD, in His Individual and
Official Capacities as Sheriff; and
DARREL WINSTON, in His
Individual and Official Capacities
as Chief Deputy**                              **DEFENDANTS**

## JUDGMENT

Phillips's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 April 2019